Battle, J.
 

 The only question presented by the record is, whether an appeal to the superior court could be taken from the order of the county court, and we are clearly of opinion that it could. Those of the next of kin of the plaintiff’s intestate who preferred a division of the slaves to a sale of them for partition, by the administrator, were certainly
 
 interested
 
 in the order of sale made by the county court. Being so, and being dissatisfied with it, they had a right to appeal from it by the express words of the first section of the 4th chapter of the Eevised Statutes
 
 “
 
 concerning appeals and proceedings in the nature of Appeals.”
 

 The present is the same in principle as the case of
 
 Murphrey
 
 v.
 
 Wood, ante
 
 63, in which we held, at the last term, that the right of appeal was given.
 

 The order of the superior court, reversing that of the county court, is affirmed ; and this opinion must be certified as the law directs.
 

 Pee OueiaM. Judgment affirmed.